IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| SALVADOR RIVERA MARQUEZ, | ) | No. C 09-2096 MMC (PR) |
| Petitioner, | ) ) | **ORDER OF DISMISSAL; DENYING LEAVE TO PROCEED IN FORMA PAUPERIS** |
| v. | ) ) ) | |
| EDMUND G. BROWN, JR., et al., | ) ) | **(Docket No. 2)** |
| Respondents. | ) ) | |
| _____ | ) | |

  On May 13, 2009, petitioner, a California parolee, filed the above-titled petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Together with his petition, petitioner filed an incomplete Prisoner's Application to Proceed In Forma Pauperis ("IFP"). That same date, the Court notified petitioner in writing that the action was deficient due to petitioner's failure to pay the requisite filing fee or, instead, to submit a completed court-approved IFP application. Specifically, in said notice, petitioner was advised that he must submit a Certificate of Funds in Prisoner's Account, completed and signed by an authorized officer at the prison, and must attach a copy of his prisoner trust account statement showing transactions for the last six months. Petitioner was further advised that his failure to pay the filing fee or, alternatively, to file a completed IFP application, within thirty days, would result in dismissal of the action. Along with said notice, petitioner was sent a copy of the court-approved prisoner's IFP application, instructions for completing it, and a return envelope.

  Thereafter, the Court determined from the address on the petition that petitioner no

1 longer is incarcerated.  Consequently, on May 21, 2009, the Court sent petitioner a second
2 IFP deficiency notice, and included therewith a court-approved Non-Prisoner's In Forma
3 Pauperis Application for petitioner to complete and return to the Court.  As with the first
4 notice sent to petitioner on Mary 13, 2009, petitioner was advised that he either must pay the
5 filing fee or return the completed IFP application to the court within thirty days, or face
6 dismissal of the action.

7      More than thirty days have passed since both the May 13, 2009 and May 21, 2009 IFP
8 deficiency notices were sent to petitioner, and he has neither filed a completed IFP
9 application nor paid the filing fee.  Accordingly, the above-titled action is hereby
10 DISMISSED without prejudice.  Additionally, the incomplete application to proceed in
11 forma pauperis is hereby DENIED and no fee is due.

12      This order terminates Docket No. 2.
13      The Clerk shall close the file.
14      IT IS SO ORDERED.
15 DATED: June 23, 2009

16                            MAXINE M. CHESNEY
                             United States District Judge